UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY JO ANGSTROM,<br><br>                    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting,<br>Commissioner of Social<br>Security,[1]<br><br>                    Defendant. | No.  CV-11-0416-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. 405(g). ECF No. 19. Attorney Maureen Rosette represents Plaintiff; Special Assistant United States Attorney Summer Stinson represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.  After considering the file, and proposed order,

**IT IS ORDERED:**

1.   The parties Motion to Remand, **ECF No. 19,** is **GRANTED**.  The

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings, including a new hearing, pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will conduct a *de novo* hearing and offer Plaintiff the opportunity to appear at the new administrative hearing.  Plaintiff may testify, submit additional evidence, and make new arguments at the hearing.

    The ALJ shall make a new, full sequential disability evaluation, including re-evaluating Plaintiff's impairments.  The ALJ shall evaluate the records and opinions of Antoine G. Tohmeh, M.D., one of Plaintiff's treating doctors and shall contact Dr. Tohmeh to clarify his opinion.  Any other new medical evidence, if available, shall be entered into the record and considered on remand.  If the ALJ rejects any of the medical opinions, the ALJ shall provide legally sufficient explanation of the reasons.  The ALJ shall assess whether the claimant meets a listing.  The ALJ shall re-evaluate the other medical evidence, Plaintiff's impairments, Plaintiff's credibility, Plaintiff's residual functional capacity, and Plaintiff's ability to perform work at steps four and five.  If necessary, the ALJ shall obtain vocational expert testimony to help determine Plaintiff's ability to perform work at steps four and five.  The ALJ shall issue a new decision.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 14,** and is stricken as moot.

    4.    An application for attorney fees may be filed by separate motion.

    The District Court Executive is directed to enter this Order,

1  forward copies to counsel, and thereafter shall close this file.
2      DATED April 9, 2013.
3
4                S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 3