UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY JO ANGSTROM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.　CV-11-0416-CI<br><br>JUDGMENT IN A<br>CIVIL CASE |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

This matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be closed.

　　　　DATED:  April 9, 2013

　　　　　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By: *s/Pam Howard*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**